UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARREN SAVAGE,
     Plaintiff,

vs.                              Case No.: 3:22cv5136/TKW/ZCB

ESCAMBIA COUNTY JAIL,
     Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 27). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim upon which relief can be granted. Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3.    The Clerk shall enter judgment in accordance with this Order and then close the case file.

**DONE and ORDERED** this 26th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**